No. 75–6031. DINSIO v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 75–1019. BOSTON STOCK EXCHANGE ET AL. v. STATE TAX COMMISSION ET AL. Appeal from Ct. App. N. Y. Probable jurisdiction noted.

No. 75–1064. KREMENS, HOSPITAL DIRECTOR, ET AL. v. BARTLEY ET AL. Appeal from D. C. E. D. Pa. Probable jurisdiction noted.

No. 75–5952. TRIMBLE ET AL. v. GORDON ET AL. Appeal from Sup. Ct. Ill. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 75–746. ATLAS ROOFING Co., INC. v. OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 5th Cir.; and

No. 75–748. FRANK IREY, JR., INC. v. OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 3d Cir. Certiorari granted limited to Question 2 presented by the petitions which reads as follows: "Assuming *arguendo* that such civil penalties and enforcement procedures are civil in nature and effect, whether such procedures deny the defendant employer his right to jury trial guaranteed by the Seventh Amendment to the Constitution." Cases consolidated and a total of one hour allotted for oral argument. Reported below: No. 75–746, 518 F. 2d 990; No. 75–748, 519 F. 2d 1200.